# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RICHARD WAGNER, | ) | |
| | ) | CASE NO.: 1:23-CV-1869 |
| PLAINTIFF, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | JUDGMENT |
| HARI AUM LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The Court having entered an Order on April 15, 2024. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: April 15, 2024                             <u>s/     *James S. Gwin*                    </u>
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE